UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACOB FAY LUKE, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1617** |
| **SHERIFF JERRY LARPENTER, ET AL.** | **SECTION: "I"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against Judge David Arceneaux is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's failure-to-protect claims against Sheriff Jerry Larpenter and Major Stephen Bergeron are **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's failure-to-protect claims against Dr. Richard Haydel and Richard Neal are **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's medical claims against Dr. Richard Haydel and Richard Neal are **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that plaintiff's motion for release, Rec. Doc. 5, is denied.

New Orleans, Louisiana, this 11th day of January, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE